UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-CR-00291-11
    -against-                        :   <u>ORDER</u>
                                     :
Adewole Taylor                       :
                                     :
Defendant                            :
                                     :
-------------------------------------X

Loretta A. Preska, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to travel restricted to the State of New York, New Jersey and Connecticut.

Dated: New York, New York
March 17, 2020

                                        SO ORDERED:

                                        _____
                                        Loretta A. Preska
                                        United States District Judge