THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

January 4, 2021

*Via* ECF and E-Mail

The Honorable Loretta A. Preska
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (LAP)

Dear Judge Preska:

I represent Adewole Taylor in the above-referenced matter. I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Florida from January 8, 2021, to January 12, 2021.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Kissimmee, Florida on January 8, 2021, returning to New York on January 12, 2021. He and family will be staying in an Airbnb rental that they have already secured. The details of the trip, including the flight information and location of the Airbnb rental will be provided to Pretrial Services. As noted above, Pretrial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Kissimmee Florida on the above dates.

Respectfully submitted,

    /s/

César de Castro

cc:    Daniel Wolf
       (Assistant United States Attorney *via* ECF)

```
The request to modify the conditions
of pretrial release to permit the
travel referenced above is approved.

SO ORDERED.

Dated:    January 5, 2021
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.