# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

August 13, 2021

*Via* **ECF**

The Honorable Loretta A. Preska
U.S. District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Adelekan, et al. (Adewole Taylor),* 19 Cr. 291 (LAP)

Dear Judge Preska,

I represent Adewole Taylor in the above-referenced matter. Pursuant to the Court's August 10, 2021 order, I respectfully request that Mr. Taylor's appearance at the August 20, 2021 status conference, be waived and that the undersigned be permitted to appear telephonically.

Respectfully submitted,

/s/

César de Castro

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska* 08/16/2021