| | |
|---|---|
| THE LAW FIRM OF<br>**CÉSAR DE CASTRO, P.C.**<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>212.808.8100 Reception<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

September 14, 2021

*Via* **ECF**

The Honorable Loretta A. Preska
U.S. District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Adelekan, et al. (Adewole Taylor),* 19 Cr. 291 (LAP)

Dear Judge Preska,

I represent Adewole Taylor in the above-referenced matter. I write to respectfully request that Mr. Taylor be permitted to join in the *in limine* motions filed by his co-defendants Abiola Olajumoke and Oluwaseun Adelekan.

Respectfully submitted,

    /s/

César de Castro


SO ORDERED.

*Loretta A. Preska*  9/17/2021