THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

March 2, 2023

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 3, 2023

Re:   *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams:

I represent Adewole Taylor in the above-referenced matter. I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Houston, Texas from March 24, 2023, to March 26, 2023.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Texas on March 24, 2023, returning to New York on March 26, 2023. He will be staying in a hotel nearby to celebrate his sister's engagement. The details of the trip, including the flight information and location of the hotel where he will be staying will be provided to Pretrial Services. As noted above, Pretrial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Texas on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:   Daniel Wolf
      (Assistant United States Attorney *via* ECF)