THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

May 15, 2023

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 15, 2023

Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams:

I represent Adewole Taylor in the above-referenced matter. I move the Court, with the government's consent, to grant Mr. Taylor permission to travel to Miami, Florida from May 26, 2023, to May 29, 2023.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Florida on May 26, 2023, returning to New York on May 29, 2023. He will be staying in a hotel nearby to attend a concert. The details of the trip, including the flight information and location of the hotel where he will be staying will be provided to Pretrial Services. As noted above, Pretrial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Florida on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:    Daniel Wolf
       (Assistant United States Attorney *via* ECF)