# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

August 22, 2024

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 22, 2024

Re:   *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams:

I represent Adewole Taylor in the above-referenced matter. I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Houston, Texas from September 5, 2024, to September 8, 2024.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Texas on September 5, 2024, returning to New York on September 8, 2024. He will be celebrating his sister's wedding and will be staying at her home during his trip. The details of the trip, including the flight information and location of the sister's home where he will be staying will be provided to Pretrial Services. As noted above, Pretrial Services consents to this request and the government as well.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Texas on the above dates.

Respectfully submitted,

        /s/

César de Castro


cc:    Daniel Wolf
       (Assistant United States Attorney *via* ECF)