# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

September 27, 2024

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 27, 2024

      Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams,

I represent Adewole Taylor in the above-referenced matter. I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Augusta, Georgia from October 3, 2024, to October 20, 2024.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Georgia on October 3, 2024, returning to New York on October 20, 2024. He will be attending a Healthcare IT program training and will be staying at a hotel near the training. The details of the trip, including the flight information and location of the hotel where he will be staying will be provided to Pretrial Services. As noted above, Pretrial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Georgia on the above dates.

Respectfully submitted,

    /s/

César de Castro

cc:    Daniel Wolf
       (Assistant United States Attorney *via* ECF)