THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

October 1, 2024

*Via* ECF

Application granted.

SO ORDERED.

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Ronnie Abrams, U.S.D.J.
October 2, 2024

Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams,

I represent Adewole Taylor in the above-referenced matter.  I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Houston, Texas from October 3, 2024, to October 25, 2024, to attend a CSI Healthcare IT program, and to Atlanta, Georgia from October 31, 2024, to November 18, 2024 for another CSI Healthcare IT program.

The court previously granted Mr. Taylor permission to travel to Augusta, Georgia on October 3, 2024, to October 25, 2024, for a similar CSI Healthcare IT program.  Due to the effects of Hurricane Helene over the past week, that training has been rescheduled and will now run from October 31, 2024, to November 18, 2024.  However, Mr. Taylor has been invited to attend a CSI Healthcare IT program being hosted in Houston, Texas, which will take place from October 3, 2024, to October 25, 2024.

Mr. Taylor is requesting to be able to travel to both trainings with CSI Healthcare IT program.  If the request is granted, he will be staying at a hotel near the trainings and flying home to New York between the programs.  The details of both trips, including the flight information and location of the hotel where he will be staying will be provided to Pre-Trial Services.  As noted above, Pre-Trial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Texas and Georgia on the above dates.

Respectfully submitted,

/s/

César de Castro


cc:     Daniel Wolf
        Assistant United States Attorney (*via* ECF)