THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

November 18, 2024

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 18, 2024

Re:   *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams:

I move the Court to grant Mr. Taylor permission to extend his previously authorized travel with CSI Healthcare's IT Program until November 27, 2024. The court previously granted Mr. Taylor to stay in Augusta, Georgia for this program until November 17, 2024. The government does not object to this request.

Mr. Taylor is requesting to be able to extend his trip with CSI Healthcare IT program. The program has requested for Mr. Taylor to extend his time in Augusta, George to continue his training. The details of his trip, including the flight information and location of the hotel where he is staying has been already provided to Pre-Trial Services

Accordingly, I respectfully request that Mr. Taylor be granted permission to extend his trip until November 27, 2024.

Respectfully submitted,

   /s/

César de Castro

cc:   All Parties (*via* ECF)