# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

August 26, 2025

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_/s/_

Ronnie Abrams, U.S.D.J.
August 27, 2025

      Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams,

I represent Adewole Taylor in the above-referenced matter. I move the Court, with no objection from the government and Pre-Trial Services, to grant Mr. Taylor permission to travel to Salt Lake City, Utah from September 6, 2025, to September 14, 2025, to attend an EPIC software training program, and to Houston, Texas from October 17, 2025, to October 19, 2025, to attend his nephew's birthday party.

Mr. Taylor is requesting to be able to attend both trips. If the request is granted, he will be staying at a hotel near the training in Salt Lake City and flying home to New York after, and later flying to Texas where he will stay with family. The details of both trips, including the flight information and location of the hotel where he will be staying will be provided to Pre-Trial Services. As noted above, Pre-Trial Services consents to this request and the government defers to Pre-Trial Services.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Utah and Texas on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:    Daniel Wolf
        Assistant United States Attorney (*via* ECF)