THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

January 5, 2026

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams,

I represent Adewole Taylor in the above-referenced matter. I move the Court, with no objection from the government or Pre-Trial Services, to grant Mr. Taylor permission to travel to Dubai from February 12, 2026, to February 17, 2026, to attend his girlfriend's birthday celebration.

If granted permission, Mr. Taylor intends to travel, *via* airplane, to Dubai on February 12, 2026, returning to New York on February 17, 2026. He will be staying in a hotel near the celebration. The details of the trip, including the flight information and location of the hotel where he will be staying, will be provided to Pretrial Services. As noted above, neither the government or Pre-Trial Services object to this request.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Dubai on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:    Daniel Wolf
       Assistant United States Attorney (*via* ECF)

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
January 5, 2026