THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

April 10, 2026

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 10, 2026

Re:    *United States v. Adewole Taylor,* 19 Cr. 291 (RA)

Dear Judge Abrams,

As the Court is aware, I represent Adewole Taylor in the above-referenced matter.  I move the Court, with the government and Pre-Trial Services consent, to grant Mr. Taylor permission to travel to Miami, Florida from April 17, 2026, through April 20, 2026.  Pre-Trial Services will have Mr. Taylor's travel itinerary and the information regarding where Mr. Taylor will be staying.

Accordingly, I respectfully request that Mr. Taylor be granted permission to travel to and from Florida from April 17, 2026, through April 20, 2026.

Respectfully submitted,

        /s/

César de Castro

cc:    Daniel Wolf
        Assistant United States Attorney (*via* ECF)